# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC, SERIES 2920
BAYLINER AVENUE, A NEVADA
LIMITED LIABILITY COMPANY,

Appellant,

vs.

SANDSTONE RIDGE ASSOCIATION, A
DOMESTIC NON-PROFIT
CORPORATION; AND ATC
ASSESSMENT COLLECTION GROUP,
LLC, A FOREIGN LIMITED LIABILITY
COMPANY,

Respondents.

No. 83782

**FILED**

JUL 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
John Walter Boyer, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Brandon E. Wood
Boyack Orme & Anthony
Eighth District Court Clerk

22-22536